**602**      MATTER OF EMMET DENSMORE.

Surrogate's Court, New York County, October, 1921.   [Vol. 116.

## Matter of the Estate of EMMET DENSMORE, Deceased.

(Surrogate's Court, New York County, October, 1921.)

. Legacies — deceased non-resident legatees — payment to ancillary
representatives.

> A decree for the payment of the sum respectively due to each
> of two deceased non-resident legatees, should direct such pay-
> ment be made to the ancillary representative of each estate
> when appointed, and not to the foreign executors of said
> legatees.

PROCEEDING to determine provisions of a decree.

Niles & Johnson, for executors and trustees.

Van Vorst, Marshall & Smith, for Tuskegee Normal
Industrial Institute.

Thos. F. Dwyer, for Ianthe Vignier.

Edwin C. Mulligan, for executors of Charles H.
Beckett, deceased.

David L. Weil, for Robert Densmore, an infant.

COHALAN, S.   The proposed decree directs payment
of certain sums to the foreign executors of two
deceased non-resident legatees.   The amounts are
$168.48 and $392.66.   Undoubtedly it is a hardship to
have ancillary representatives appointed to admin-
ister such small funds, but the courts cannot direct
such payments to the foreign executors.   Where it is
necessary to make a decree providing for such pay-
ments, the practice requires the payments to be made
to ancillary representatives.   This is in accord with

the whole theory and framework of legislation respecting such distribution in estates and the duty of ancillary representatives. Before an ancillary representative is appointed the state comptroller must be notified. Code Civ. Pro. § 2632. This is for the purpose of protecting the state in reference to transfer tax. The statute also makes provision for safeguarding the interests of possible creditors. Code Civ. Pro. § 2633. The short cut proposed would do away with such notices in any case where funds go to a deceased non-resident through local administration. The decree should direct that the sums due the two deceased non-residents be paid to the ancillary representative of each estate when appointed.

Decreed accordingly.